UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
v. )   No. 3:26-CR-3
)
)   JUDGES Crytzer/Poplin
DEMOND N. JACKSON JR., )
   a/k/a "Ziggy" and "DJ," )
SEAN EVANS JR., a/k/a "Shig" )
▮▮▮▮▮▮▮▮▮▮▮▮ )
)
CHARLES JORDAN, a/k/a "Unc," )
TIMMATHY TROSPER, )
▮▮▮▮▮▮▮▮▮ )
GRETCHEN HUTSON, )
KAYNE AUSTIN RILEY LOWE, )
▮▮▮▮▮▮▮▮▮▮, )
)
JASON EZELL, )
KELLIE HAMIC, a/k/a "Kellz," )
DAVID MILLER, )
CODY ADAMS, )
ETHAN PARTIN, and )
CHASITY OWENS, a/k/a "Chas" )

**INDICTMENT**

The Grand Jury charges as follows:

**COUNT ONE**
**(Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of
Actual Methamphetamine and 400 Grams or More of a Mixture or Substance Containing
Fentanyl)**

Beginning by about January 2024 and continuing through about January 7, 2026, within

the Eastern District of Tennessee and elsewhere, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"**
**SEAN EVANS JR., a/k/a "Shig,"**

▮▮▮▮▮▮▮▮▮▮▮▮

**CHARLES JORDAN, a/k/a "Unc,"**
**TIMMATHY TROSPER,**



**GRETCHEN HUTSON,**
**KAYNE AUSTIN RILEY LOWE,**

,

**JASON EZELL,**
**KELLIE HAMIC, a/k/a "Kellz,"**
**DAVID MILLER,**
**CODY ADAMS,**
**ETHAN PARTIN, and**
**CHASITY OWENS, a/k/a "Chas"**

knowingly and intentionally combined, conspired, confederated, and agreed with each other and with others to distribute and possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO
**(Distribution of Fentanyl)**

On or about January 30, 2025, within the Eastern District of Tennessee, the defendant,

**KAYNE AUSTIN RILEY LOWE,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

## COUNT THREE
### (Distribution of Fentanyl)

On or about February 13, 2025, within the Eastern District of Tennessee, the defendant,

## KAYNE AUSTIN RILEY LOWE,

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
### (Possession with Intent to Distribute Fentanyl)

On or about February 20, 2025, within the Eastern District of Tennessee, the defendant,

## KAYNE AUSTIN RILEY LOWE,

knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
### (Possession with Intent to Distribute Fentanyl)

On or about April 4, 2025, within the Eastern District of Tennessee, the defendant,

## JASON EZELL,

knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

3

## COUNT SIX
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about April 8, 2025, within the Eastern District of Tennessee, the defendants,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
### KELLIE HAMIC, a/k/a "Kellz,"

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT SEVEN



## COUNT EIGHT

4

## COUNT NINE
### (Distribution of 5 Grams or More of Actual Methamphetamine)

On or about May 29, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and**
**DAVID MILLER,**

knowingly and intentionally distributed 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT TEN
### (Distribution of Fentanyl)

On or about May 29, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and**
**DAVID MILLER,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT ELEVEN
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about June 2, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"**
**ETHAN PARTIN, and**
**CHASITY OWENS, a/k/a "Chas"**

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWELVE



## COUNT THIRTEEN

## COUNT FOURTEEN
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about June 11, 2025, within the Eastern District of Tennessee, the defendants,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
### KELLIE HAMIC, a/k/a "Kellz,"

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN



## COUNT SIXTEEN

## COUNT SEVENTEEN

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

## COUNT EIGHTEEN

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

8

## COUNT NINETEEN
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about June 18, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
ETHAN PARTIN,**

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(A), and Title 18, United States Code, Section 2.


## COUNT TWENTY
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about July 7, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
CHASITY OWENS, a/k/a "Chas"**

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(A), and Title 18, United States Code, Section 2.


## COUNT TWENTY-ONE
### (Distribution of Fentanyl)

On or about July 7, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
CHASITY OWENS, a/k/a "Chas"**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

9

## COUNT TWENTY-TWO
### (Distribution of 40 Grams or More of a Mixture or Substance Containing Fentanyl)

On or about July 21, 2025, within the Eastern District of Tennessee, the defendant,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"**

knowingly and intentionally distributed 40 grams or more of a mixture and substance containing

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.


## COUNT TWENTY-THREE
### (Distribution of 5 Grams or More of Actual Methamphetamine)

On or about July 30, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and**
**SEAN EVANS JR., a/k/a "Shig,"**

knowingly and intentionally distributed 5 grams or more of actual methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(B), and Title 18, United States Code, Section 2.


## COUNT TWENTY-FOUR
### (Distribution of Fentanyl)

On or about July 30, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and**
**SEAN EVANS JR., a/k/a "Shig,"**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

10

## COUNT TWENTY-FIVE



## COUNT TWENTY-SIX

## COUNT TWENTY-SEVEN
### (Distribution of Fentanyl)

On or about August 7, 2025, within the Eastern District of Tennessee, the defendant,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

11

## COUNT TWENTY-EIGHT
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about August 14, 2025, within the Eastern District of Tennessee, the defendant,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"**

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(A).

## COUNT TWENTY-NINE
### (Distribution of Fentanyl)

On or about August 20, 2025, within the Eastern District of Tennessee, the defendant,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THIRTY
### (Distribution of Fentanyl)

On or about August 21, 2025, within the Eastern District of Tennessee, the defendants,

████████████████████ **and**
**GRETCHEN HUTSON,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

12

## COUNT THIRTY-ONE
### (Distribution of Fentanyl)

On or about August 26, 2025, within the Eastern District of Tennessee, the defendants,

███████████████████████ and
**GRETCHEN HUTSON,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTY-TWO



13

## COUNT THIRTY-THREE



## COUNT THIRTY-FOUR
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about August 26, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
CODY ADAMS,**

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THIRTY-FIVE
### (Distribution of Fentanyl)

On or about August 26, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
CODY ADAMS,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

14

## COUNT THIRTY-SIX
### (Distribution of 5 Grams or More of Actual Methamphetamine)

On or about August 29, 2025, within the Eastern District of Tennessee, the defendant,

### GRETCHEN HUTSON,

knowingly and intentionally distributed 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THIRTY-SEVEN

████████████

████████████████████████████████████████████████

██████████████████████

███████████████████████████████████████████████████

████████████████████████████

## COUNT THIRTY-EIGHT

████████████

████████████████████████████████████████████████

██████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

15

## COUNT THIRTY-NINE
### (Distribution of Fentanyl)

On or about September 22, 2025, within the Eastern District of Tennessee, the

defendants,

### CHARLES JORDAN, a/k/a "Unc," and
### TIMMATHY TROSPER,

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.


## COUNT FORTY
### (Distribution of Fentanyl)

On or about September 23, 2025, within the Eastern District of Tennessee, the defendant,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).


## COUNT FORTY-ONE
### (Distribution of Fentanyl)

On or about September 25, 2025, within the Eastern District of Tennessee, the defendant,

### CHARLES JORDAN, a/k/a "Unc,"

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

16

## COUNT FORTY-TWO
### (Distribution of Fentanyl)

On or about September 26, 2025, within the Eastern District of Tennessee, the

defendants,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
<span>████████████████████████</span>

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

## COUNT FORTY-THREE
### (Distribution of Fentanyl)

On or about September 29, 2025, within the Eastern District of Tennessee, the

defendants,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and
<span>████████████████████████</span>

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

17

## COUNT FORTY-FOUR
### (Distribution of Fentanyl)

On or about September 29, 2025, within the Eastern District of Tennessee, the

defendants,

**CHARLES JORDAN, a/k/a "Unc," and**
**TIMMATHY TROSPER,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.


## COUNT FORTY-FIVE
### (Distribution of Fentanyl)

On or about September 30, 2025, within the Eastern District of Tennessee, the defendant,

**CHARLES JORDAN, a/k/a "Unc,"**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).


## COUNT FORTY-SIX
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about October 7, 2025, within the Eastern District of Tennessee, the defendants,

**DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and**
████████████████████████

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(A), and Title 18, United States Code, Section 2.

18

## COUNT FORTY-SEVEN
### (Distribution of 50 Grams or More of Actual Methamphetamine)

On or about October 14, 2025, within the Eastern District of Tennessee, the defendants,

### DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ," and

knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FORTY-EIGHT



## COUNT FORTY-NINE
### (Possession with Intent to Distribute 40 Grams or More of a Mixture or Substance Containing Fentanyl)

On or about November 22, 2025, within the Eastern District of Tennessee, the defendant,

### SEAN EVANS JR., a/k/a "Shig,"

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and

substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and (b)(1)(B).

19

## COUNT FIFTY
### (Possession with Intent to Distribute Heroin)

On or about November 22, 2025, within the Eastern District of Tennessee, the defendant,

**SEAN EVANS JR., a/k/a "Shig,"**

knowingly and intentionally possessed with intent to distribute heroin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).


## COUNT FIFTY-ONE
### (Possession with Intent to Distribute 5 Grams or More of Actual Methamphetamine)

On or about December 8, 2025, within the Eastern District of Tennessee, the defendant,

**JASON EZELL,**

knowingly and intentionally possessed with intent to distribute 5 grams or more of actual

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(B).


## COUNT FIFTY-TWO
### (Possession with Intent to Distribute Fentanyl)

On or about December 8, 2025, within the Eastern District of Tennessee, the defendant,

**JASON EZELL,**

knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

20

## SPECIAL FINDINGS

Before the defendant, **DEMOND N. JACKSON JR., a/k/a "Ziggy" and "DJ,"** committed the offenses charged in Counts One, Six, Nine, Eleven, Fourteen, Nineteen, Twenty, Twenty-Two, Twenty-Three, Twenty-Eight, Thirty-Four, Forty-Six, and Forty-Seven of this Indictment, the defendant had at least two prior convictions for serious drug felonies, namely convictions in Knox County, Tennessee case number 113825 for (1) conspiracy to manufacture, deliver, sell, or possess with intent to manufacture, deliver, or sell schedule I drugs and (2) conspiracy to manufacture, deliver, sell, or possess with intent to manufacture, deliver, or sell schedule II drugs, for which he served a term of imprisonment of more than 12 months and his release from imprisonment on those offenses was within 15 years of the commencement of the instant offense.



Before the defendant, **KAYNE AUSTIN RILEY LOWE,** committed the offense charged in Count One of this Indictment, the defendant had at least two prior convictions for serious drug felonies, namely convictions in Roane County, Tennessee case number 2021-CR-189 for (1) possession of a schedule I controlled substance with intent to manufacture, sell, or deliver and (2) possession of .5 grams or more of methamphetamine with intent to sell or deliver, for which he

21

served a term of imprisonment of more than 12 months and his release from imprisonment on those offenses was within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, as set forth in this Indictment, the defendants shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

### Firearms:

a. Smith and Wesson SD9VE 9mm semi-automatic pistol seized on June 13, 2025;
b. Taurus PT609 9mm semi-automatic pistol seized on June 13, 2025; and
c. Ammunition seized on June 13, 2025.

Upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and/or 924, as set forth in this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to the following:

### Firearms:

a. Smith and Wesson SD9VE 9mm semi-automatic pistol seized on June 13, 2025;
b. Taurus PT609 9mm semi-automatic pistol seized on June 13, 2025; and

22

c.    Ammunition seized on June 13, 2025.

If, because of any act or omission by the defendants, the described properties:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided
       without difficulty,

the United States of America shall be entitled to forfeiture of substitute property up to the value of

the property subject to forfeiture, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By:    _____
Keith Hollingshead-Cook
Michael Gilmore
Assistant United States Attorneys

23